IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRACY TREVILLYAN REVOCABLE TRUST, | ) ) ) | CV 07-00527 SOM KSC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SUZANNE FARROW; DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all

parties on January 2, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to

Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the

Findings and Recommendation are adopted as the opinion and order of this Court.

Due for Adoption: 1/17/08

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; January 16, 2008.



/s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

Tracy Trevillyan Revocable Trust v. Suzanne Farrow, et al.; Civ. 07-00527 SOM/KSC; Order Adopting Magistrate Judge's Findings and Recommendation

cc:all parties of record

Due for Adoption: 1/17/08                    2