IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRACY TREVILLYAN REVOCABLE TRUST , | ) ) ) | CV 07-00527 SOM-KSC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SUZANNE FARROW; DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
<u>AMENDED FINDINGS AND RECOMMENDATION</u>

Amended Findings and Recommendation having been filed and served on all parties on February 8, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Amended Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; February 29, 2008.



       /s/Susan Oki Mollway
       SUSAN OKI MOLLWAY
       UNITED STATES DISTRICT JUDGE

cc: all parties of record

Trevyllian Revocable Trust v. Farrow; Civ. No. 07-00527 SOM-KSC; ORDER ADOPTING MAGISTRATE'S AMENDED FINDINGS AND RECOMMENDATION